Benjamin Dewayne SCOTT *v.* STATE of Arkansas

CA CR 88-181                                   775 S.W.2d 513

Court of Appeals of Arkansas
Opinion delivered July 5, 1989

*Angela Baxter*, for appellant.

No response.

PER CURIAM. The attorney for the appellant in this criminal case has moved for an award of attorney's fees. We grant the motion and award $550.00. However, counsel for indigent defendants in criminal cases desiring an award of attorney's fees should take note of the warnings in *Fiveash* v. *State*, 12 Ark. App. 391, 676 S.W.2d 769 (1984); *Stefanovich* v. *State*, 10 Ark. App. 233, 662 S.W.2d 476 (1984); and *Cristee* v. *State*, 4 Ark. App. 33, 627 S.W.2d 34 (1982).

Motion granted.